UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LISA MARIE SCHECHTER,

    Plaintiff,

v.                                                              Case No: 8:19-cv-860-T-36CPT

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

# ORDER

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Christopher P. Tuite on February 5, 2020 (Doc. 22). Magistrate Judge Tuite recommends that the Court grant the Commissioner's motion (Doc. 20); reverse and remand this action for further proceedings before the Commissioner; direct the Clerk of Court to enter Judgment in the Plaintiff's favor and to close the case; and retain jurisdiction of this matter as to attorney's fees and costs pending further motion. Neither party has objected to the Report and Recommendation and the time to do so has expired.

After careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is hereby **ORDERED** and **ADJUDGED** as follows:

(1)    The Report and Recommendation of the Magistrate Judge (Doc. 22) is **ADOPTED, CONFIRMED,** and **APPROVED** in all respects and is made a part of this Order for all purposes, including appellate review.

(2) Defendant's Opposed Motion for Entry of Judgment with Remand (Doc. 20) is **GRANTED**.

(3) The final decision of the Commissioner is **REVERSED**. This case is **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the Report and Recommendation.

(4) The Court retains jurisdiction over this matter as to the issue of attorney's fees and costs.

(5) The Clerk is directed to terminate any pending motions, enter a judgment in favor of Plaintiff, and close this case.

**DONE** and **ORDERED** at Tampa, Florida on February 24, 2020.

Charlene Edwards Honeywell
United States District Judge

**Copies furnished to:**
Counsel of Record
U.S. Magistrate Judge Christopher P. Tuite